UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL A. CATALDO, III | C.A. No. 14-12521-RWZ |
| Plaintiff | |
| v. | |
| LVNV FUNDING, LLC AND LUSTIG, GLASER & WILSON, P.C. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants | |

Plaintiff, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i), hereby

dismisses this action *with prejudice* as to all defendants, and all rights of appeal shall

be and hereby are waived.


Respectfully submitted,


/s/ *Josef C. Culik*
Josef C. Culik (BBO #672665)
CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, MA 01801
(617) 830-1795
jculik@culiklaw.com

Attorney for Plaintiff
Paul A. Cataldo, III

July 25, 2014

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2014.

/s/ *Josef C. Culik*
Josef C. Culik